IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT ALLEN DANENBERG,

    Petitioner,

v.

EDWARD PHILBIN, WARDEN,

    Respondent.

CIVIL ACTION NO.: 4:18-cv-280

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's December 20, 2018 Report and Recommendation, (doc. 4), to which Petitioner filed Objections, (doc. 5). Accordingly, the Court **OVERRULES** Petitioner's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Petitioner's 28 U.S.C. § 2254 Petition for Habeas Corpus, (doc. 1), **DENIES** Petitioner a Certificate of Appealability and **DENIES** Petitioner *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA