# United States District Court
## Southern District of Georgia

Robert Allen Danenberg,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-280

Edward Philbin, Warden,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 1/15/19 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court overrules the objections, denies the petition pursuant 28 U.S.C. 2254, denies a COA, in this case and to appeal in forma pauperis, and CLOSES this civil action.

Approved by: _____

1/24/19
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk